Same case below, 407 Fed. Appx. 643.

**No. 10-10015. Julio Alberto Marcos, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1023, 131 S. Ct. 3029, 180 L. Ed. 2d 853, 2011 U.S. LEXIS 4616.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10017. George Dennis Rounds, Jr., Petitioner v. California Department of Corrections.**

564 U.S. 1023, 131 S. Ct. 3050, 180 L. Ed. 2d 853, 2011 U.S. LEXIS 4630.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10018. Kenneth R. Isom, Petitioner v. Arkansas (two judgments).**

564 U.S. 1023, 131 S. Ct. 3029, 180 L. Ed. 2d 853, 2011 U.S. LEXIS 4749.

June 20, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 372 S.W.3d 809 (first judgment), 370 S.W.3d 491 (second judgment).

**No. 10-10020. Bryon Garnett, Petitioner v. Dwight Neven, Warden, et al.**

564 U.S. 1023, 131 S. Ct. 3029, 180 L. Ed. 2d 853, 2011 U.S. LEXIS 4643.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 47.

**No. 10-10025. David Sutherlin, Petitioner v. Edward Oliver, et al.**

564 U.S. 1023, 131 S. Ct. 3029, 180 L. Ed. 2d 853, 2011 U.S. LEXIS 4662.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10026. Walter Charles Jones, Petitioner v. Texas.**

564 U.S. 1023, 131 S. Ct. 3029, 180 L. Ed. 2d 853, 2011 U.S. LEXIS 4750.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10028. Bryan Randall Monkres, Petitioner v. Rosanne Campbell, Warden, et al.**

564 U.S. 1023, 131 S. Ct. 3029, 180 L. Ed. 2d 853, 2011 U.S. LEXIS 4715.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 101.

**No. 10-10031. Scott Ranstrom, Petitioner v. Eldridge Construction, Inc., et al.**

564 U.S. 1024, 131 S. Ct. 3030, 180 L. Ed. 2d 853, 2011 U.S. LEXIS 4644.

June 20, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.